IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

        Plaintiff,

v.

LAMARUE,

        Defendant.
_____/

No. C 04-03763 SI
**AMENDED PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 1, 2006.

DESIGNATION OF EXPERTS: 3/20/06; REBUTTAL: 4/19/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 4, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by June 2, 2006;

    Opp. Due June 16, 2006;  Reply Due June 23, 2006;

    and set for hearing no later than July 7, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 8, 2006 at 3:30 PM.

JURY TRIAL DATE: August 21, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

*Susan Illston*
_____
SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

        Plaintiff,

v.

LAMARUE,

        Defendant.
_____/

No. C 04-03763 SI
**AMENDED PRETRIAL PREPARATION ORDER**

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 1, 2006.

DESIGNATION OF EXPERTS: 3/20/06; REBUTTAL: 4/19/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 4, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by June 2, 2006;

    Opp. Due June 16, 2006;  Reply Due June 23, 2006;

    and set for hearing no later than July 7, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 8, 2006 at 3:30 PM.

JURY TRIAL DATE: August 21, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                       SUSAN ILLSTON
                                       United States District Judge