IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

GREGORY TILLIS,

           Plaintiff,

  v.

LAMARUE,

           Defendant.

_____/

No. C 04-03763 SI
**SECOND AMENDED**
**PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 13, 2006 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 1, 2006.

DESIGNATION OF EXPERTS: 6/16/06; REBUTTAL: 7/18/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 3, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by August 25, 2006;

    Opp. Due September 8, 2006;  Reply Due September 15, 2006;

    and set for hearing no later than September 29, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 31, 2006 at 3:30 PM.

JURY TRIAL DATE: November 13, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Lamarque will be served by the end of November 2005.
Plaintiff must either serve or seek default as to Holston by the end of December 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:11/28/05

_____
SUSAN ILLSTON
United States District Judge