1  BROOKS M. BEARD (BAR NO. 181271)
   CHRISTOPHER E. BABBITT (BAR NO. 225813)
2  SHALINI BHARGAVA (BAR NO. 233258)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone: (415) 268-7000
   Facsimile:  (415) 268-7522
5  bbeard@mofo.com
   cbabbitt@mofo.com
6  sbhargava@mofo.com

7  Attorneys for Plaintiff GREGORY TILLIS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 GREGORY TILLIS,                          No.    C-04-3763 SI

13                Plaintiff,
                                            **RULE 41 DISMISSAL WITHOUT**
14      v.                                  **PREJUDICE OF ALL CLAIMS**
                                            **AGAINST R.J. EATON**
15 ANTHONY LAMARQUE, et al.,

16                Defendants.

17

18       In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gregory

19 Tillis dismisses without prejudice the claims against Defendant R.J. Eaton pled in Gregory Tillis'

20 Amended Complaint for Violation of the Eighth Amendment to the United States Constitution; 42

21 U.S.C. § 1983; 18 U.S.C. § 1964.  Mr. Tillis has been informed by the California Department of

22 Corrections and Rehabilitation, by which Mr. Eaton is employed, that Mr. Eaton is currently serving

23 in the military in Iraq with no definite return date.  Mr. Tillis files this dismissal in the interest of

24 allowing the case against the other defendants to proceed without any delay caused by Mr. Tillis'

25 present inability to serve Mr. Eaton with the summons and complaint in this action, and without

26 prejudice to re-filing claims against Mr. Eaton once he returns to California.

27 ///

28

No other party has filed a claim against R.J. Eaton, and he has not filed a claim against any other party.

Dated: December 21, 2005

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Christopher E. Babbitt
Brooks M. Beard
Christopher E. Babbitt
Shalini Bhargava

Attorneys for Plaintiff GREGORY TILLIS

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA