BROOKS M. BEARD (CAL. BAR NO. 181271)
CHRISTOPHER E. BABBITT (CAL. BAR NO. 225813)
SHALINI BHARGAVA (CAL. BAR NO. 223258)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: bbeard@mofo.com
 cbabbitt@mofo.com
 sbhargava@mofo.com

Attorneys for Plaintiff GREGORY TILLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY TILLIS,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY LAMARQUE, et al.,<br><br>   Defendants. | Case No.   C-04-3763 SI<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS**<br><br>Hearing: February 17, 2006<br>Time:    9:00 am |

Plaintiff Gregory Tillis and Defendants Jay Agamao, Rudolph Binkele, Thomas Carey, Gregory Espinoza, Dennis Allen Lalanne, Anthony Lamarque, Jimmy Mendez, Jose Moreno, Christopher Sickelton, Alan Tucker, and Terri Warlaumont, by and through their counsel, hereby stipulate to the following and respectfully request that the Court continue the February 17, 2006 hearing on all motions to dismiss until March 3, 2006, or the next hearing date thereafter that is mutually agreeable to the Court and the parties:

1.   Plaintiff Gregory Tillis filed an amended complaint on September 2, 2005, against the above-named defendants.

2.  The above-named defendants filed motions to dismiss the amended complaint as follows. Defendants Binkele, Carey, Espinoza, Lalanne, Mendez, Moreno, Tucker and Warlaumont, all of whom are represented by the Attorney General's Office, filed a motion to dismiss on October 11, 2005. The hearing on that motion was originally set for December 2, 2005, but was continued to January 13, 2006, so that the motion could be heard on the same date as Defendants Agamao and Sickelton's later-filed motions to dismiss.

3.  Defendant Agamao, represented by Longyear, O'Dea, and Lavra LLP, filed a motion to dismiss and a joinder in the motion filed by the defendants represented by the Attorney General's Office on December 9, 2005. Defendant Sickelton, represented by Angelo, Kilday & Kilduff, filed a motion to dismiss and a joinder in the motion filed by the defendants represented by the Attorney General's Office on December 13, 2005. Defendant Lamarque, represented by the Attorney General's Office, filed a joinder in all of the previously filed motions on December 20, 2005. The remaining defendants represented by the Attorney General's Office filed a joinder in the motions filed by Defendants Agamao and Sickelton on December 21, 2005.

4.  To accommodate motion filed by Mr. Sickelton and the joinders filed by the defendants represented by the Attorney General's Office under the 35-day time limit imposed by Local Rule 7-2(a), the parties agreed to continue the hearing on the motions to dismiss from January 13, 2006, to a later date, on the condition that the hearing not be set for February 10 and 17, 2006, when Mr. Tillis' counsel would be unavailable.

5.  On December 21, 2005, the Defendants filed a notice continuing the hearing on their motion to dismiss from January 13, 2006, to January 27, 2006. On December 23, 2006, the Court sua sponte continued the hearing to February 17, 2006.

6.  The requested continuation of the hearing would not have any effect on the schedule for the case.

7.  For the foregoing reasons, and in order to effectuate the prior agreement among counsel, the parties stipulate to continue the hearing from February 17, 2006, until March 3, 2006, or the next available hearing date that is mutually agreeable to the Court and the parties.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: January 5, 2006 | | BROOKS M. BEARD<br>CHRISTOPHER E. BABBITT<br>SHALINI BHARGAVA<br>MORRISON & FOERSTER LLP |
| | | By: /s/ Christopher E. Babbitt<br>       Christopher E. Babbitt |
| | | Attorneys for Plaintiff GREGORY TILLIS |
| Dated: January 5, 2006 | | BILL LOCKYER<br>Attorney General of the State of California<br>JAMES M. HUMES<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>JONATHAN L. WOLFF<br>Supervising Deputy Attorney General<br>AUSTIN J. CATTERMOLE<br>DEPUTY ATTORNEY GENERAL<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 703-5553<br>Facsimile:   (415) 703-5843<br>Email:  austin.cattermole@doj.ca.gov |
| | | By: /s/ Austin J. Cattermole<br>       Austin J. Cattermole |
| | | Attorneys for Defendants RUDOLPH BINKELE, THOMAS L. CAREY, GREGORY ESPINOZA, DENNIS ALLEN LALANNE, ANTHONY LAMARQUE, JIMMY MENDEZ, JOSE MORENO, ALAN TUCKER, TERRI WARLAUMONT, and Respondents DEPARTMENT OF CORRECTIONS AND REHABILITATION, SALINAS VALLEY STATE PRISON, and OFFICE OF INTERNAL AFFAIRS |

| | | |
|---|---|---|
| 1 | Dated: January  5 , 2006 | JOHN A. LAVRA |
| 2 | | JERI L. PAPPONE |
| | | LONGYEAR, O'DEA & LAVRA, LLP |
| 3 | | 3620 American River Drive, Suite 230 |
| | | Sacramento, CA  95864 |
| 4 | | Telephone:   (916) 974-8500 |
| | | Facsimile:     (916) 974-8510 |
| 5 | | Email:  lavra@lolllp.com |

By:  /s/ Jeri L. Pappone
       Jeri L. Pappone

Attorneys for Defendant JAY AGAMAO

Dated: January  5 , 2006        DOUGLAS R. THORN
ANGELO, KILDAY & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:   (916) 564-6100
Facsimile:     (916) 564-6263
Email:  dthorn@akk-law.com

By:   /s/ Douglas R. Thorn
        Douglas R. Thorn

Attorneys for Defendant CHRISTOPHER SICKELTON

**ORDER**

For the reasons set forth in the parties' stipulation, and for good cause shown, the hearing on the Defendants' motions to dismiss is continued from February 27, 2006 to March 3, 2006.

Pursuant to stipulation, it is so ordered.

Dated: _____       _____
                                                                              Susan Illston
                                                                              United States District Judge

**GRANTED**
*(signed)* Judge Susan Illston

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS
CASE NO. C-04-3763 SI
sf-2057607

4