**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TILLIS,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY LAMARQUE et al.,<br><br>   Defendants._____/ | No. C-04-03763 SI  (EDL)<br><br>**ORDER REQUIRING DEFENDANT TO PRODUCE PLAINTIFF AT SETTLEMENT CONFERENCE** |

Pursuant to Plaintiff's February 6, 2006 request, the Court hereby orders that Defendants produce Plaintiff Gregory Tillis in person at the settlement conference which is scheduled for March 9, 2006. The conference shall begin at 9:00 a.m., and last as long as the Court believes is necessary. Defendants shall contact the Courtroom Deputy at (415) 522-3694 no later than March 3, 2006, to confirm that all necessary arrangements have been made.

**IT IS SO ORDERED.**

Dated: February 10, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge