UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

    Plaintiff,

    v.

ANTHONY LAMARQUE, et al.,

    Defendants.
_____/

No. 04-03763 SI (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated February 23, 2006, defense counsel Timothy McDonough requested the defendants represented by the Attorney General's Office to be excused from personally appearing at the settlement conference scheduled for March 9, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants T. Warlaumont, A. Lamarque, R. Binkele, T. Carey, J. Moreno, J. Mendez, A. Tucker, D. Lalanne, and G. Espinoza be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on March 9, 2006.

If the Court concludes that the absence of these defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: February 28, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge