IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIS,<br><br>            Plaintiff,<br><br>     v.<br><br>LAMARQUE et al.,<br><br>            Defendants.                          / | No. C-04-03763 SI (EDL)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO ALLOW EDWARD CADEN TO ATTEND SETTLEMENT CONFERENCE** |

On March 6, 2006, Plaintiff requested that his expert, Edward Caden, be allowed to attend the settlement conference scheduled for March 9, 2006. If Mr. Caden's schedule permits it, he is welcome to attend the settlement conference. Defendants may, of course, also bring an expert to the settlement conference if they believe that it would be helpful to the proceedings.

**IT IS SO ORDERED.**

Dated: March 6, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge