1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 GREGORY TILLIS,                              No. C-04-03763 SI (EDL)

9            Plaintiff,                        **ORDER FOLLOWING SETTLEMENT CONFERENCE**

10   v.

11 ANTHONY LAMARQUE, et al.,

12            Defendants.
   _____/

13

14        Following the settlement conference held on March 9, 2006, the Court orders the following.

15 Plaintiff shall respond to defendants with a counter by March 16, 2006. The parties shall update this

16 Court by joint or separate letters by March 20, 2006. The letters may be sent via facsimile to

17 Chambers at (415) 522-2002. Parties agree to a stay of discovery for two weeks, with the exception

18 of C file, and will submit a stipulation and proposed order to Judge Illston requesting an extension of

19 the fact discovery cutoff until May 15, 2006.

20 **IT IS SO ORDERED.**

21

22 Dated: March 10, 2006                      *Elizabeth D. Laporte*
                                             _____
23                                            ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
24

25

26

27

28

**United States District Court**
For the Northern District of California