LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendant JAY AGAMAO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TILLIS,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAMARQUE, ALAN TUCKER, LEON HOLSTON, TERRI WARLAUMONT, GREGORY ESPINOZA, DENNIS ALLEN LALANNE, JOSE MORENO, JIMMY MENDEZ, JAY AGAMAO, CHRISTOPHER SICKELTON, RUDOLPH BINKELE, R.J. EATON, and THOMAS L. CARY,<br><br>Defendants. | CASE NO.: C 04-3763 SI<br><br>Date Filed: August 26, 2004<br>Trial Date: November 13, 2006<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED between the Plaintiff, Gregory Tillis, by and through his attorney of record, Christopher E. Babbitt, of the law firm of MORRISON & FOERSTER LLP, and Defendants, Anthony LaMarque, Alan Tucker, Terri Warlaumont, Gregory Espinoza, Dennis Allen LaLanne, Jose Moreno, Jimmy Mendez, Rudolph Binkele, and Thomas L. Carey, by and through their attorney of record, Timothy J. McDonough, DEPUTY ATTORNEY GENERAL, and Christopher Sickelton, by and through his attorney of record, Douglas R. Thorn of the law firm ANGELO KILDAY & KILDUFF, and Defendant Jay Agamao, by and through

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

1   his attorney of record, John A. Lavra, of the law firm of LONGYEAR, O'DEA & LAVRA, LLP,

2   that the date for completion of all non-expert discovery in this matter be extended from May 1,

3   2006 to June 15, 2006.

4

5   Dated: March 28, 2006                    MORRISON & FOERSTER LLP
                                             425 Market Street
6                                            San Francisco, CA 94105-2482

7                                            By:___/s/ Christopher E. Babbit_____
                                                 Christopher E. Babbitt
8                                                Counsel for Plaintiff Gregory Tillis

9

10  Dated: March 28, 2006                    ATTORNEY GENERAL'S OFFICE
                                             455 Golden Gate Avenue, Suite 11000
11                                           San Francisco, CA 94102

12                                           By:___/s/ Timothy J. McDonough_____
                                                 Timothy J. McDonough,
13                                               Counsel for Defendants, Anthony
                                                 LaMarque, Alan Tucker, Terri
14                                               Warlaumlont, Gregory Espinoza, Dennis
                                                 Allen LaLanne, Jose Moreno, Jimmy
15                                               Mendez, Rudolph Binkle, and Thomas L.
                                                 Carey
16

17  Dated: March 29, 2006                    ANGELO KILDAY & KILDUFF
                                             601 University Avenue, Suite 150
18                                           Sacramento, CA 95825

19

20                                           By:__/s/ Douglas R. Thorn_____
                                                 Douglas R. Thorn
21                                               Counsel for Defendant,
                                                 Christopher Sickelton
22  / / /

23  / / /

24  / / /

25  Dated: March 28, 2006                    LONGYEAR, O'DEA & LAVRA, LLP
26                                           3620 American River Dr.  Suite 230

27  _____
    **STIPULATION FOR MODIFICATION OF  PRETRIAL SCHEDULING ORDER**
28
                                    **Page 2**

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,  CA
95864
(916) 974-8500

1
2
3
4
5

Sacramento, CA  95864

By:___/s/ Jeri L. Pappone_____
       JOHN A. LAVRA
       JERI L. PAPPONE
       Counsel for Defendant, JAY AGAMAO

6

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**:

7
8

Dated:_____          By_____

9
10

       Honorable Susan Illston, Judge
       United States District Court
       Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,  CA
95864
(916) 974-8500

**STIPULATION FOR MODIFICATION OF  PRETRIAL SCHEDULING ORDER**

**Page 3**