BROOKS M. BEARD (CAL. BAR NO. 181271)
CHRISTOPHER E. BABBITT (CAL. BAR NO. 225813)
SHALINI BHARGAVA (CAL. BAR NO. 223258)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: bbeard@mofo.com
      cbabbitt@mofo.com
      sbhargava@mofo.com

Attorneys for Plaintiff GREGORY TILLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY TILLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY LAMARQUE, et al.,<br><br>    Defendants. | Case No.   C-04-3763 SI<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference: April 14, 2006<br>Time: 2:30 p.m. |

      Plaintiff Gregory Tillis and Defendants Jay Agamao, Rudolph Binkele, Thomas Carey, Gregory Espinoza, Dennis Allen Lalanne, Anthony Lamarque, Jimmy Mendez, Jose Moreno, Christopher Sickelton, Alan Tucker, and Terri Warlaumont, by and through their counsel, hereby stipulate to the following and respectfully request that the Court continue the April 14, 2006 case management conference until May 26, 2006, or the next date thereafter that is mutually agreeable to the Court and the parties:

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2108329

1

1. The parties participated in a settlement conference with Magistrate Judge Elizabeth D. Laporte on March 9, 2006, have been actively pursuing settlement since that time, and continue to make progress towards a global settlement.

2. As a result, the parties believe it is unnecessary to hold a case management conference on April 14, 2006.

3. To help facilitate settlement discussions, the parties have already stipulated to an extension of the non-expert discovery cutoff from May 1, 2006, to June 15, 2006. If the parties need more time to effectuate a settlement, they may in the future seek a further continuation of discovery and other deadlines. If the case does not settle, the parties will propose a revised schedule to govern the remainder of the litigation at the next case management conference.

4. For these reasons, the parties stipulate to continue the case management conference from April 14, 2006, until May 26, 2006, or the next available hearing date that is mutually agreeable to the Court and the parties.

Respectfully submitted,

Dated: April _4_ , 2006

BROOKS M. BEARD
CHRISTOPHER E. BABBITT
SHALINI BHARGAVA
MORRISON & FOERSTER LLP

By: /s/ Christopher E. Babbitt
    Christopher E. Babbitt

Attorneys for Plaintiff GREGORY TILLIS

| | | |
|---|---|---|
| 1 | Dated: April  4 , 2006 | BILL LOCKYER |
| 2 | | Attorney General of the State of California |
| | | JAMES M. HUMES |
| 3 | | Chief Assistant Attorney General |
| | | FRANCES T. GRUNDER |
| 4 | | Senior Assistant Attorney General |
| | | JONATHAN L. WOLFF |
| 5 | | Supervising Deputy Attorney General |
| | | TIMOTHY J. MCDONOUGH |
| 6 | | DEPUTY ATTORNEY GENERAL |
| | | Deputy Attorney General |
| 7 | | 455 Golden Gate Avenue, Suite 11000 |
| | | San Francisco, CA  94102-7004 |
| 8 | | Telephone:  (415) 703-5606 |
| | | Facsimile:   (415) 703-5843 |
| 9 | | Email:  Tim.McDonough@doj.ca.gov |
| 10 | | |
| 11 | | By:  /s/ Timothy J. McDonough |
| | | Timothy J. McDonough |
| 12 | | |
| | | Attorneys for Defendants RUDOLPH BINKELE, THOMAS L. CAREY, GREGORY ESPINOZA, DENNIS ALLEN LALANNE, ANTHONY LAMARQUE, JIMMY MENDEZ, JOSE MORENO, ALAN TUCKER, TERRI WARLAUMONT, and Respondents DEPARTMENT OF CORRECTIONS AND REHABILITATION, SALINAS VALLEY STATE PRISON, and OFFICE OF INTERNAL AFFAIRS |
| 18 | Dated: April  5 , 2006 | JOHN A. LAVRA |
| | | JERI L. PAPPONE |
| 19 | | LONGYEAR, O'DEA & LAVRA, LLP |
| | | 3620 American River Drive, Suite 230 |
| 20 | | Sacramento, CA  95864 |
| | | Telephone:  (916) 974-8500 |
| 21 | | Facsimile:   (916) 974-8510 |
| | | Email:  lavra@lolllp.com |
| 22 | | |
| 23 | | By:  /s/ Jeri L. Pappone |
| | | Jeri L. Pappone |
| 24 | | |
| | | Attorneys for Defendant JAY AGAMAO |

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2108329

3

| | | |
|---|---|---|
| 1 | Dated: April  4 , 2006 | DOUGLAS R. THORN |
| 2 | | ANGELO, KILDAY & KILDUFF |
| | | 601 University Avenue, Suite 150 |
| | | Sacramento, CA  95825 |
| 3 | | Telephone:  (916) 564-6100 |
| | | Facsimile:   (916) 564-6263 |
| 4 | | Email:  dthorn@akk-law.com |

By:   /s/ Douglas R. Thorn
         Douglas R. Thorn

Attorneys for Defendant CHRISTOPHER SICKELTON

## ORDER

For the reasons set forth in the parties' stipulation, and for good cause shown, the case management conference is continued from April 14, 2006 to May 26, 2006.

Pursuant to stipulation, it is so ordered.

Dated: _____            _____
                                                                Susan Illston
                                                                United States District Judge

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2108329

4