MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Defendant GREGORY ESPINOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY TILLIS, | ) | Case No. C-04-3763 SI |
| Plaintiff, | ) | |
| v. | ) | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| ANTHONY LAMARQUE, et al. | ) | |
| Defendants. | ) | |

Defendant Gregory Espinoza hereby substitutes Mark H. Harris of the Law Offices of Mark H. Harris as attorney of record for Defendant Gregory Espinoza in the above-entitled action in the place and stead of Timothy J. McDonough, Deputy Attorney General of the State of California.

The new address of record is Law Offices of Mark H. Harris, 2207 J Street, Sacramento, California 95816; Telephone: (916) 442-6155; Facsimile: (916) 444-5921.

Dated: April 11, 2006                    /s/ Gregory Espinoza
                                         GREGORY ESPINOZA

[Submitting counsel has prior authorization for submitting this electronic signature and has possession of the original signature.]

The undersigned consents to the above substitution of attorneys.

Dated: April 3, 2006                       ATTORNEY GENERAL OF THE STATE OF
                                           CALIFORNIA


                                           By:   /s/ Timothy J. McDonough
                                                 TIMOTHY J. MCDONOUGH,
                                                 Deputy Attorney General

[Submitting counsel has prior authorization for submitting this electronic signature and has possession of the original signature.]

The undersigned accepts the above substitution.

Dated: April 4, 2006                       LAW OFFICES OF MARK H. HARRIS


                                           By:   /s/ Mark H. Harris
                                                 MARK H. HARRIS

IT IS SO ORDERED:


Dated: _____, 2006                    _____
                                           United States District Court
                                           Judge