| | |
|---|---|
| 1 | MORENO & RIVERA, LLP |
| 2 | 1451 River Park Drive, Suite 145<br>Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1301 |
| 4 | Jesse M. Rivera, CSN 84259 |
| 5 | Jonathan B. Paul, CSN 215884<br>Shanan L. Hewitt, CSN 200168 |
| 6 | |
| 7 | Attorneys for Defendants,<br>DENNIS ALLEN LALANNE, JOSE MORENO,<br>JIMMY MENDEZ and THOMAS L. CARY |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | GREGORY TILLIS, | ) | CASE NO. C-04-3763 SI |
| 12 | Plaintiff, | ) | |
| 13 | vs. | ) | SUBSTITUTION OF COUNSEL |
| 14 | ANTHONY LAMARQUE, ALAN TUCKER, LEON HOLSTON, TERRI WARLAUMONT, GREGORY ESPINOZA, DENNIS ALLEN LALANNE, JOSE MORENO, JIMMY MENDEZ, JAY AGAMAO, CHRISTOPHER SICKELTON, RUDOLPH BINKELE, R.J. EATON, and THOMAS L. CARY, | ) | |
| 18 | Defendants. | ) | |

BY OUR SIGNATURES BELOW, it is hereby mutually agreed that JESSE M. RIVERA, of the LAW OFFICES OF MORENO & RIVERA, is substituted in on Case Number C-04-3763 SI, and TIM MCDONOUGH, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant THOMAS CAREY.

DATED: April 4, 2006

THOMAS CAREY

I hereby agree to said substitution.

DATED: April 4, 2006

MORENO & RIVERA

JESSE M. RIVERA

1 | I hereby consent to said substitution.   DEPUTY ATTORNEY GENERAL

2 | DATED: April 4, 2006    /s/ Tim McDonough
3 | TIM MCDONOUGH

4 | IT IS SO ORDERED:

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge

11 | M:\docs\clients\Tillis v. LaMarque\P-Sub of Atty for Carey.wpd