**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
TERRI WARLAUMONT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY TILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY LAMARQUE, ALAN TUCKER, LEON HOLSTON, TERRI WARLAUMONT, GREGORY ESPINOZA, DENNIS ALLEN, LALANNE JOSE MORENO, JIMMY MENDEZ, JAY AGAMAO, CHRISTOPHER SICKELTON, RUDOLPH BINKELE, R.J. EATON and THOMAS L. CARY,<br><br>    Defendants. | CASE NO: C 04 3763 SI<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant TERRI WARLAUMONT hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

///

///

*Tillis v.. LaMarque* [04-3763 SI]/Substitution of Attorneys     Page 1

1 | All counsel in this matter are requested to direct all communications to the
2 | above-referenced address beginning immediately.
3 | I consent to this substitution.
4 |
5 | Dated: April 4, 2006         By: /s/ TIM McDONOUGH
6 |                                   Tim McDonough, Deputy Attorney General
                                      Attorney General State of California for
7 |                                   defendant TERRI WARLAUMONT
8 | I consent to this substitution.
9 |
10 | Dated: April 4, 2006        /s/ TERRI WARLAUMONT
                                     TERRI WARLAUMONT
11 |
     I accept this substitution.
12 |
13 | Dated: April 4, 2006        WILLIAMS & ASSOCIATES
14 |
15 |                             By: /s/ KATHLEEN J. WILLIAMS
                                     Kathleen J. Williams, CSB #127021
16 |
17 | **IT IS SO ORDERED.**
18 |
19 | Dated: _____          _____
                                 United States District Court Judge
20 |                             Northern District of California
21 |
...
28 | *Tillis v.. LaMarque* [04-3763 SI]/Substitution of Attorneys                Page 2