TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)  [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendant
ALAN TUCKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

GREGORY TILLIS

    Plaintiff,

v.

LAMARUE, et al.

    Defendants.
_____/

Case No. C 04-3763 SI

**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT ALAN TUCKER; [PROPOSED] ORDER**

    Timothy J. McDonough, Esq. presently represents defendant ALAN TUCKER in this action.

    At this time defendant ALAN TUCKER seeks an order approving the substitution of Timothy P. Murphy, Edrington, Schirmer & Murphy, 2300 Contra Costa Blvd., Suite 450, Pleasant Hill, CA 94523 in place of Timothy J. McDonough, Esq. to represent defendant ALAN TUCKER only.

    At the present time defendant ALAN TUCKER is not scheduled for deposition and Trial is currently scheduled for November 13, 2006.

    The requested substitution will cause no prejudice to any party to this action.

It is requested that the substitution of counsel as described above be approved by the court.

Dated: April 24, 2006

Respectfully submitted,

/s/
_____
Timothy J. McDonough

I join in this request and agree to represent defendant ALAN TUCKER in this action.

Dated: April 24, 2006

EDRINGTON, SCHIRMER & MURPHY

_____
Timothy P. Murphy, Esq.

I join in this request.

Dated: April 20, 2006

_____
ALAN TUCKER

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

2

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER