TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)    [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendant
ANTHONY LAMARQUE (erroneously sued herein as LAMARUE)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| GREGORY TILLIS | Case No. C 04-3763 SI |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEYS FOR DEFENDANT ANTHONY LAMARQUE; [PROPOSED] ORDER |
| LAMARUE, et al. | |
| Defendants. | |

Timothy J. McDonough, Esq. presently represents defendant ANTHONY LAMARQUE in this action.

At this time defendant ANTHONY LAMARQUE seeks an order approving the substitution of Timothy P. Murphy, Edrington, Schirmer & Murphy, 2300 Contra Costa Blvd., Suite 450, Pleasant Hill, CA 94523 in place of Timothy J. McDonough, Esq. to represent defendant ANTHONY LAMARQUE only.

At the present time defendant ANTHONY LAMARQUE is not scheduled for deposition and Trial is currently scheduled for November 13, 2006.

The requested substitution will cause no prejudice to any party to this action.

1

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER

1  It is requested that the substitution of counsel as described above be approved by the
2  court.

3  Dated: April 24, 2006                Respectfully submitted,

                                        /s/
                                        Timothy J. McDonough

8  I join in this request and agree to represent defendant ANTHONY LAMARQUE in this
9  action.

10 Dated: April 24, 2006                EDRINGTON, SCHIRMER & MURPHY

                                        Timothy P. Murphy, Esq.

13 I join in this request.
14 Dated: April 7, 2006

                                        ANTHONY LAMARQUE

18 IT IS SO ORDERED.
19 Dated: _____

                                        Susan Illston
                                        The Honorable Susan Illston
                                        United States District Judge

2

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER