TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)     [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendant
RUDOLPH BINKELE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| GREGORY TILLIS | Case No. C 04-3763 SI |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEYS FOR DEFENDANT RUDOLPH BINKELE; [PROPOSED] ORDER |
| LAMARUE, et al. | |
| Defendants. | |

Timothy J. McDonough, Esq. presently represents defendant RUDOLPH BINKELE in this action.

At this time defendant RUDOLPH BINKELE seeks an order approving the substitution of Timothy P. Murphy, Edrington, Schirmer & Murphy, 2300 Contra Costa Blvd., Suite 450, Pleasant Hill, CA 94523 in place of Timothy J. McDonough, Esq. to represent defendant RUDOLPH BINKELE only.

At the present time defendant RUDOLPH BINKELE is not scheduled for deposition and Trial is currently scheduled for November 13, 2006.

The requested substitution will cause no prejudice to any party to this action.

1

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER

It is requested that the substitution of counsel as described above be approved by the court.

Dated: April 24, 2006

Respectfully submitted,

/s/
_____
Timothy J. McDonough

I join in this request and agree to represent defendant RUDOLPH BINKELE in this action.

Dated: April 24, 2006

EDRINGTON, SCHIRMER & MURPHY

_____
Timothy P. Murphy, Esq.

I join in this request.

Dated: April 19, 2006

_____
RUDOLPH BINKELE

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

2

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER