LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendant JAY AGAMAO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,                )    CASE NO.:    C 04-3763 SI
                               )
              Plaintiff,       )
                               )    Date Filed:    August 26, 2004
v.                             )    Discovery:     June 15, 2006
                               )    Trial Date:    August 21, 2006
ANTHONY LAMARQUE, ALAN         )
TUCKER, LEON HOLSTON, TERRI    )
WARLAUMONT, GREGORY            )    **STIPULATION FOR MODIFICATION**
ESPINOZA, DENNIS ALLEN LALANNE,)    **OF  PRETRIAL SCHEDULING ORDER**
JOSE MORENO, JIMMY MENDEZ, JAY )    **AND CONTINUATION OF CASE**
AGAMAO, CHRISTOPHER            )    **MANAGEMENT CONFERENCE**
SICKELTON, RUDOLPH BINKELE, R.J.)
EATON, and THOMAS L. CARY,     )
                               )
              Defendants.      )
_____)
                               )

    IT IS HEREBY STIPULATED between the Plaintiff, Gregory Tillis, by and through his

attorney of record, Christopher E. Babbitt, and Defendants,  Anthony LaMarque, Alan Tucker,

and Rudolph Binkele, by and through their attorney of record, Timothy Murphy; Christopher

Sickelton, by and through his attorney of record, Douglas R. Thorn; Jay Agamao, by and through

his attorney of record, Jeri L. Pappone;  Gregory Espinoza, by and through his attorney of

record, Mark Harris; Dennis Lalane, Jimmy Mendez, Jose Moreno and Thomas Carey, by and

through their attorney of record, Jesse Rivera; and Terri Warlaumont, by and through her

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,  CA
95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 1**

attorney of record, Kathleen Williams, that the date for completion of all non-expert discovery in

this matter be extended from June 15, 2006 until July 14, 2006, as the parties are currently

actively involved in settlement negotiations pursuant to the previous settlement conference.


    IT IS ALSO STIPULATED by and between all parties by and through their respective

counsel, that the currently scheduled case management conference, scheduled for May 26, 2006,

be vacated and rescheduled  for July 14, 2006.


Dated: May 15, 2006                          MORRISON & FOERSTER LLP
                                             425 Market Street
                                             San Francisco, CA 94105-2482

                                             By:    /s/ Christopher E. Babbit
                                                    Christopher E. Babbitt
                                                    Counsel for Plaintiff, Gregory Tillis


Dated: May 15, 2006                          EDRINTGON, SHIRMER & MURPHY
                                             2300 Contra Costa Blvd. Ste 450
                                             Pleasant Hill Ca 94523

                                             By:    /s/ Timothy Murphy
                                                    Timothy Murphy,
                                                    Counsel for Defendants, Anthony
                                                    LaMarque, Alan Tucker, Rudolph Binkle


Dated: May 15, 2006                          ANGELO KILDAY & KILDUFF
                                             601 University Avenue, Suite 150
                                             Sacramento, CA 95825

                                             By:    /s/ Douglas R. Thorn
                                                    Douglas R. Thorn
                                                    Counsel for Defendant,
                                                    Christopher Sickelton


Dated: May 15, 2006                          LONGYEAR, O'DEA & LAVRA, LLP
                                             3620 American River Dr.  Suite 230
                                             Sacramento, CA  95864

                                             By:    /s/ Jeri L. Pappone
                                                    Jeri L. Pappone
                                                    Counsel for Defendant,
                                                    Jay Agamao

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,    CA
95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 2**

Dated:  May 15, 2006

LAW OFFICES OF MARK HARRIS
2207 J Street
Sacramento, Ca. 95816

By:___/s/ Mark Harris_____
Mark Harris
Counsel for Defendant,
Gregory Espinoza

Dated:  May 15, 2006

WILLIAMS & ASSOCIATES
1250 Sutterville Road St 290
Sacramento, Ca. 95822

By:___/s/ Kathleen Williams_____
Kathleen Williams
Counsel for Defendant,
Terri Warlaumont

Dated:  May 15, 2006

MORENO & RIVERA, LLP
1451 River Park Dr. Ste 145
Sacramento, Ca. 95815

By:___/s/ Jesse Rivera_____
Jesse Rivera
Counsel for Defendants,
Dennis Lalane, Jimmy Mendez, Jose
Moreno, and Thomas Carey

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**:

Dated:_____

By_____
Honorable Susan Illston, Judge
United States District Court
Northern District of California

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento,  CA
95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 3**