LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendant JAY AGAMAO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TILLIS,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY LAMARQUE, ALAN TUCKER, LEON HOLSTON, TERRI WARLAUMONT, GREGORY ESPINOZA, DENNIS ALLEN LALANNE, JOSE MORENO, JIMMY MENDEZ, JAY AGAMAO, CHRISTOPHER SICKELTON, RUDOLPH BINKELE, R.J. EATON, and THOMAS L. CARY,<br><br>    Defendants. | CASE NO.: C 04-3763 SI<br><br>Date Filed: August 26, 2004<br>Discovery: July 15, 2006<br>Trial Date: November 13, 2006<br><br>**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER AND CONTINUATION OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

IT IS HEREBY STIPULATED between the Plaintiff, Gregory Tillis, by and through his attorney of record, Christopher E. Babbitt, and Defendants, Anthony LaMarque, Alan Tucker, and Rudolph Binkele, by and through their attorney of record, Timothy Murphy; Christopher Sickelton, by and through his attorney of record, Douglas R. Thorn; Jay Agamao, by and through his attorney of record, Jeri L. Pappone; Gregory Espinoza, by and through his attorney of record, Mark Harris; Dennis Lalane, Jimmy Mendez, Jose Moreno and Thomas Carey, by and through their attorney of record, Jesse Rivera; and Terri Warlaumont, by and through her

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 1**

1 attorney of record, Kathleen Williams, that the date for completion of all non-expert discovery in
2 this matter be extended from July 14, 2006 until September 5, 2006, as the parties are currently
3 actively involved in settlement negotiations pursuant to the previous settlement conference.

5 IT IS ALSO STIPULATED by and between all parties by and through their respective
6 counsel, that the currently scheduled case management conference, scheduled for July 14, 2006,
7 be vacated and rescheduled for September 8, 2006. At the continued case management
8 conference, new expert designation, expert discovery cutoff, dispositive motions, pretrial
9 conference and jury trial dates will be set.

11 IT IS FURTHER STIPULATED by and between all parties by and through their
12 respective counsel that any party may move for an earlier status/case management conference
13 prior to the September 8, 2006 date in the event settlement discussions break down.

15 Dated: June 15, 2006           MORRISON & FOERSTER LLP
                                  425 Market Street
                                  San Francisco, CA 94105-2482

                                  By:   /s/ Christopher E. Babbit
                                        Christopher E. Babbitt
                                        Counsel for Plaintiff, Gregory Tillis

Dated: June 15, 2006              EDRINTGON, SHIRMER & MURPHY
                                  2300 Contra Costa Blvd. Ste 450
                                  Pleasant Hill Ca 94523

                                  By:   /s/ Timothy Murphy
                                        Timothy Murphy,
                                        Counsel for Defendants, Anthony
                                        LaMarque, Alan Tucker, Rudolph Binkle

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 2**

| | | |
|---|---|---|
| Dated: June 15, 2006 | | ANGELO KILDAY & KILDUFF |
| | | 601 University Avenue, Suite 150 |
| | | Sacramento, CA 95825 |

By: /s/ Douglas R. Thorn
    Douglas R. Thorn
    Counsel for Defendant,
    Christopher Sickelton

Dated: June 15, 2006                    LONGYEAR, O'DEA & LAVRA, LLP
                                         3620 American River Dr. Suite 230
                                         Sacramento, CA 95864

By: /s/ Jeri L. Pappone
    Jeri L. Pappone
    Counsel for Defendant,
    Jay Agamao

Dated: June 15, 2006                    LAW OFFICES OF MARK HARRIS
                                         2207 J Street
                                         Sacramento, Ca. 95816

By: /s/ Mark Harris
    Mark Harris
    Counsel for Defendant,
    Gregory Espinoza

Dated: June15, 2006                     WILLIAMS & ASSOCIATES
                                         1250 Sutterville Road St 290
                                         Sacramento, Ca. 95822

By: /s/ Kathleen Williams
    Kathleen Williams
    Counsel for Defendant,
    Terri Warlaumont

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 3**

1 | Dated: June 15, 2006
2 |
3 |
4 |
5 |
6 |

MORENO & RIVERA, LLP
1451 River Park Dr. Ste 145
Sacramento, Ca. 95815

By: /s/ Jesse Rivera
    Jesse Rivera
    Counsel for Defendants,
    Dennis Lalane, Jimmy Mendez, Jose Moreno, and Thomas Carey

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**:

Dated:_____ By _____[signature]_____
    Honorable Susan Illston, Judge
    United States District Court
    Northern District of California

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**Stipulation to Modify Scheduling Order**

**Page 4**