BROOKS M. BEARD (CAL. BAR NO. 181271)
CHRISTOPHER E. BABBITT (CAL. BAR NO. 225813)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: bbeard@mofo.com
       cbabbitt@mofo.com

Attorneys for Plaintiff GREGORY TILLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY TILLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY LAMARQUE, et al.,<br><br>    Defendants. | Case No.    C-04-3763 SI<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference: September 8, 2006<br>Time: 2:30 p.m. |

      Plaintiff Gregory Tillis and Defendants Jay Agamao, Rudolph Binkele, Thomas Carey, Gregory Espinoza, Dennis Allen Lalanne, Anthony Lamarque, Jimmy Mendez, Jose Moreno, Christopher Sickelton, Alan Tucker, and Terri Warlaumont, by and through their counsel, hereby stipulate to the following and respectfully request that the Court continue the September 8, 2006 case management conference until November 3, 2006, or the next date thereafter that is mutually agreeable to the Court and the parties:

      1.      The parties participated in a settlement conference with Magistrate Judge Elizabeth D. Laporte on March 9, 2006, have been actively pursuing settlement since that time, and continue to make progress towards a global settlement.

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2175699

1

1     2.     The parties have requested a further settlement conference with Magistrate Judge Laporte in October 2006.

3. As a result, the parties believe it is unnecessary to hold a case management conference on September 8, 2006.

4. To help facilitate settlement discussions, the parties have already stipulated to an extension of the non-expert discovery cutoff from September 5, 2006, to November 3, 2006. If the parties need more time to effectuate a settlement, they may in the future seek a further continuation of discovery and other deadlines. If the case does not settle, the parties will propose a revised schedule to govern the remainder of the litigation at the next case management conference.

5. For these reasons, the parties stipulate to continue the case management conference from September 8, 2006, until November 3, 2006, or the next available hearing date that is mutually agreeable to the Court and the parties.

Respectfully submitted,

Dated: August <u>15</u>, 2006      BROOKS M. BEARD
CHRISTOPHER E. BABBITT
MORRISON & FOERSTER LLP

By: /s/ Christopher E. Babbitt
      Christopher E. Babbitt

Attorneys for Plaintiff GREGORY TILLIS

Dated: August <u>15</u>, 2006      TIMOTHY MURPHY
EDRINTGON, SHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hilll, CA 94523

By: /s/ Timothy Murphy
      Timothy Murphy

Attorneys for Defendants ANTHONY LAMARQUE, ALAN TUCKER and RUDOLPH BINKELE

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2175699

2

| | | |
|---|---|---|
| 1 | Dated: August <u>15</u> , 2006 | DOUGLAS R. THORN |
| 2 | | ANGELO KILDAY & KILDUFF |
| | | 601 University Avenue, Suite 150 |
| 3 | | Sacramento, CA  95825 |
| 4 | | By:  /s/ Douglas R. Thorn |
| 5 | | Douglas R. Thorn |
| 6 | | Attorneys for Defendant CHRISTOPHER SICKELTON |
| 7 | | |
| 8 | Dated: August <u>15</u> , 2006 | JOHN A. LAVRA |
| | | JERI L. PAPPONE |
| 9 | | LONGYEAR, O'DEA & LAVRA, LLP |
| | | 3620 American River Drive, Suite 230 |
| 10 | | Sacramento, CA  95864 |
| 11 | | By:  /s/ Jeri L. Pappone |
| 12 | | Jeri L. Pappone |
| 13 | | Attorneys for Defendant JAY AGAMAO |
| 14 | | |
| 15 | Dated: August <u>15</u> , 2006 | MARK HARRIS |
| | | LAW OFFICES OF MARK HARRIS |
| 16 | | 2207 J Street |
| | | Sacramento, CA  95816 |
| 17 | | By:   /s/ Mark Harris |
| 18 | | Mark Harris |
| 19 | | Attorneys for Defendant GREGORY ESPINOZA |
| 20 | Dated: August <u>15</u> , 2006 | KATHLEEN WILLIAMS |
| | | WILLIAMS & ASSOCIATES |
| 21 | | 1250 Sutterville Road, Suite 290 |
| | | Sacramento, CA  95822 |
| 22 | | |
| 23 | | By:  /s/ Kathleen Williams |
| 24 | | Kathleen Williams |
| | | Attorneys for Defendant TERRI WARLAUMONT |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2175699

3

Dated: August 15, 2006      JESSE RIVERA
MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, CA 95815

By: /s/ Jesse Rivera
    Jesse Rivera

Attorneys for Defendants DENNIS LALANE, JIMMY MENDEZ, JOSE MORENO, and THOMAS CAREY

## ORDER

For the reasons set forth in the parties' stipulation, and for good cause shown, the case management conference is continued from September 8, 2006 to November 3, 2006.

Pursuant to stipulation, it is so ordered.

Dated: _____      _____
    Susan Illston
    United States District Judge

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-3763 SI
sf-2175699

4