**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TILLIS,

       Plaintiff,

    v.

ANTHONY LAMARQUE, et al.,

       Defendants.

_____/

No. C 04-03763 SI (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **October 5, 2006**, at 2:00 p.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Pursuant to the letter from plaintiff's counsel dated August 25, 2006,  personal attendance for defendants is excused provided that defense counsel for each defendant attends and has full settlement authority. Additionally, Plaintiff Gregory Tillis and his wife shall be present at the conference. Defendants shall produce plaintiff in person  and contact the Courtroom Deputy at (415) 522-3694 to confirm that all necessary arrangements have been made.

**Updated confidential settlement conference statements shall be lodged with the Court by September 28, 2006.**

1       All other provisions of this Court's original Notice and Settlement Conference Order shall remain

2  in effect.

3       The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415)

4  522-3694 if this case settles prior to the date set for further settlement conference.

6  Dated: August 28, 2006

7                          ELIZABETH D. LAPORTE

8                          United States Magistrate Judge

**United States District Court**
For the Northern District of California