1   BROOKS M. BEARD (BAR NO. 181271)
    CHRISTOPHER E. BABBITT (BAR NO. 225813)
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: (415) 268-7000
4   Facsimile:  (415) 268-7522
    bbeard@mofo.com
5   cbabbitt@mofo.com

6   Attorneys for Plaintiff GREGORY TILLIS

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  GREGORY TILLIS,                          No.        C-04-3763 SI

12                     Plaintiff,

13        v.                                 **STIPULATION AND ORDER FOR
                                             CONDITIONAL DISMISSAL WITH
14  ANTHONY LAMARQUE, et al.,                PREJUDICE**

15                     Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL WITH PREJUDICE
CASE NO. C-04-3763 SI
sf-2162727

1      1.     In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Gregory Tillis and Defendants Jay Agamao, Rudolph Binkele, Thomas Carey, Gregory Espinoza,

Leon Holston, Dennis Allen Lalanne, Anthony Lamarque, Jimmy Mendez, Jose Moreno,

Christopher Sickelton, Alan Tucker, and Terri Warlaumont ("Defendants," and collectively with

Mr. Tillis, "the Parties"), either personally or by and through their respective counsel, stipulate to

the conditional dismissal with prejudice of Mr. Tillis' claims against Defendants, pled in the

Amended Complaint (filed September 2, 2005). The dismissal is subject to the conditions set

forth in Paragraph 2, such that if the conditions are not satisfied in full, the Order of Dismissal

shall be automatically vacated, effective upon the filing of written notice thereof, and without the

necessity of further order.

      2.     The dismissal shall be subject to the following conditions, as set forth in detail in

the Parties' Settlement Agreement:

          a)     Mr. Tillis receives the Settlement Sum of Two-Hundred-Ten Thousand

Dollars ($210,000) in accordance with Section II of the Settlement Agreement;

          b)     Mr. Tillis receives the medical examinations and recommended

treatment(s) in accordance with Section III of the Settlement Agreement; and

          c)     Mr. Tillis is transferred to the CDCR facility selected by Mr. Tillis and

approved by the Departmental Review Board, transferred to a CDCR facility not selected

by Mr. Tillis but mandated by the Departmental Review Board, or remains housed at

Solano State Prison, in accordance with Section IV of the Settlement Agreement.

1   3.  No other party has filed a claim against the Defendants, and none of the

2 Defendants has filed a claim against any other party.

3

4 Dated: January 3, 2007

5             Respectfully submitted,

6             MORRISON & FOERSTER LLP

7

8             By:_____
               Brooks M. Beard

9               Christopher E. Babbitt
               Attorneys for Plaintiff GREGORY TILLIS

10            LONGYEAR, O'DEA & LAVRA, LLP

11

12            By:_____
               John A. Lavra

13               Jeri Pappone
               Attorneys for Defendant JAY AGAMAO

14            EDRINGTON, SCHIRMER, & MURPHY

15

16            By:_____
               Timothy P. Murphy, Esq.

17               Attorneys for Defendants Rudolph Binkele,
               Anthony Lamarque, and Alan Tucker

18            MORENO & RIVERA LLP

19

20            By:_____
               Jesse M. Rivera

21               Jonathan B. Paul
               Attorneys for Defendants THOMAS L.

22               CAREY, DENNIS ALLEN LALANNE,
               JIMMY MENDEZ, AND JOSE MORENO

23

24

25

26

27

28

1    3.    No other party has filed a claim against the Defendants, and none of the

2    Defendants has filed a claim against any other party.

3

4    Dated: ~~October~~ _____, ~~2006~~    Jan 2, 2007

5

6                                    Respectfully submitted,

7                                    MORRISON & FOERSTER LLP

8

9                                    By: _____
                                          Brooks M. Beard
                                          Christopher E. Babbitt
10                                        Attorneys for Plaintiff GREGORY TILLIS

11

12                                   LONGYEAR, O'DEA & LAVRA, LLP

13                                   By: _____
                                          John A. Lavra
14                                        Jeri Pappone
                                          Attorneys for Defendant JAY AGAMAO
15

16                                   EDRINGTON, SCHIRMER, & MURPHY

17                                   By: _____
                                          Timothy P. Murphy, Esq.
18                                        Attorneys for Defendants Rudolph Binkele,
                                          Anthony Lamarque, and Alan Tucker
19

20                                   MORENO & RIVERA LLP

21

22                                   By: _____
                                          Jesse M. Rivera
                                          Jonathan B. Paul
23                                        Attorneys for Defendants THOMAS L.
                                          CAREY, DENNIS ALLEN LALANNE,
24                                        JIMMY MENDEZ, AND JOSE MORENO

25

26

27

28

STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL WITH PREJUDICE                    2
CASE NO. C-04-3763 SI
sf-2127059

3. No other party has filed a claim against the Defendants, and none of the Defendants has filed a claim against any other party.

Dated: October ___, 2006

Respectfully submitted,

MORRISON & FOERSTER LLP

By: _____
    Brooks M. Beard
    Christopher E. Babbitt
    Attorneys for Plaintiff GREGORY TILLIS

LONGYEAR, O'DEA & LAVRA, LLP

By: _____
    John A. Lavra
    Jeri Pappone
    Attorneys for Defendant JAY AGAMAO

EDRINGTON, SCHIRMER, & MURPHY

December 11, 2006

By: _____
    Timothy P. Murphy, Esq.
    Attorneys for Defendants Rudolph Binkele,
    Anthony Lamarque, and Alan Tucker

MORENO & RIVERA LLP

By: _____
    Jesse M. Rivera
    Jonathan B. Paul
    Attorneys for Defendants THOMAS L.
    CARBY, DENNIS ALLEN LALANNE,
    JIMMY MENDEZ, AND JOSE MORENO

1      3.    No other party has filed a claim against the Defendants, and none of the

2  Defendants has filed a claim against any other party.

3

4

5  Dated: October ___, 2006

6                                     Respectfully submitted,

7                                     MORRISON & FOERSTER LLP

8

9                                     By:_____

                                      Brooks M. Beard

10                                       Christopher E. Babbitt

                                      Attorneys for Plaintiff GREGORY TILLIS

11

12                                   LONGYEAR, O'DEA & LAVRA, LLP

13

14                                   By:_____

                                      John A. Lavra

                                      Jeri Pappone

15                                       Attorneys for Defendant JAY AGAMAO

16                                   EDRINGTON, SCHIRMER, & MURPHY

17

18                                   By:_____

                                      Timothy P. Murphy, Esq.

19                                     Attorneys for Defendants Rudolph Binkele,

                                    Anthony Lamarque, and Alan Tucker

20

21                                 MORENO & RIVERA LLP

22                                 By:_____

                                    Jesse M. Rivera

23                                     Jonathan B. Paul

                                    Attorneys for Defendants THOMAS L.

24                                   CAREY, DENNIS ALLEN LALANNE,

                                  JIMMY MENDEZ, AND JOSE MORENO

25

26

27

28

LAW OFFICE OF MARK H. HARRIS

By:_____
Mark H. Harris
Attorney for Defendant GREGORY
ESPINOZA

LEON HOLSTON

By:_____
Leon Holston, *pro se*

ANGELO, KILDAY & KILDUFF

By:_____
Douglas R. Thorn
Attorneys for Plaintiff CHRISTOPHER
SICKELTON

WILLIAMS & ASSOCIATES

By:_____
Kathleen J. Williams
Attorneys for Defendant TERRI
WARLAUMONT

LEON HOLSTON

By:_____
    Leon Holston, pro se

ANGELO, KILDAY & KILDUFF

By:_____
    Douglas R. Thorn
    Attorneys for Plaintiff CHRISTOPHER
    SICKELTON

WILLIAMS & ASSOCIATES

By:_____
    Kathleen J. Williams
    Attorneys for Defendant TERRI
    WARLAUMONT

1        LEON HOLSTON

2

3      By: _____
        Leon Holston, pro se

4      ANGELO, KILDAY & KILDUFF

5

6      By: _____
        Douglas R. Thom

7        Attorneys for Plaintiff CHRISTOPHER
        SICKELTON

8

9      WILLIAMS & ASSOCIATES

10

      By: _____

11        Kathleen J. Williams
        Attorneys for Defendant TERRI

12        WARLAUMONT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL WITH PREJUDICE      3
CASE NO. C-04-3763 SI

1    ANGELO, KILDAY & KILDUFF

2
     By:_____
3        Douglas R. Thorn
         Attorneys for Plaintiff CHRISTOPHER
4        SICKELTON

5    WILLIAMS & ASSOCIATES

6
     By: Kathleen J. Williams
7        Kathleen J. Williams
         Attorneys for Defendant TERRI
8        WARLAUMONT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **ORDER OF DISMISSAL**

2

3          Pursuant to stipulation and good cause appearing, the matter styled *Gregory Tillis v.*

4      *Anthony Lamarque, et al.,* Case No. C-04-3763 SI, is hereby dismissed with prejudice, subject to

5      the conditions set forth by stipulation and provided for in the Parties' Settlement Agreement, and

6
       provided that if the conditions are not satisfied in full, this Order of Dismissal shall be
7
       automatically vacated, effective upon the filing of written notice thereof, and without the
8
9      necessity of further order. If such notice is filed, counsel of record shall contact the courtroom

10     deputy clerk to request a case management conference.

11

12

13         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16     January _____, 2007
17                                            _____
                                              SUSAN ILLSTON
18                                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL WITH PREJUDICE          4
CASE NO. C-04-3763 SI
sf-2162727