UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL A. TODD,<br><br>                Plaintiff,<br><br>v.<br><br>A. LAMARQUE, *et al.*,<br><br>                Defendant. | Case No.: C 03-3995 SBA (BZ)<br><br>**[PROPOSED] ORDER MODIFYING THE NOVEMBER 9, 2005 PROTECTIVE ORDER ENTERED IN TILLIS V. LAMARQUE: C04-3763**<br><br>Judge: Hon. Bernard Zimmerman |

On November 9, 2005, United States District Court Judge Susan Illston entered a protective order ("protective order") in the case of *Tillis v. Lamarque et al.* (C-04-3763 SI). *See* Docket No. 74. The protective order reflected a stipulation between the plaintiff Gregory Tillis, represented by Morrison & Foerster LLP, the defendants Terri L. Warlaumont and Gregory Espinoza, and respondents the California Department of Corrections and Rehabilitation, Salinas Valley State Prison, and the California Department of Corrections and Rehabilitation - Office of Internal Affairs, all represented by the California Attorney General's Office.

The protective order governed the production of documents designated as "confidential," "confidential: outside attorneys' and experts' eyes only," and "redacted & confidential" or "redacted & confidential: outside attorneys' and experts' eyes only" known collectively as "protected information." *See* Protective Order at 1:14, 19-28. The protective order limited disclosure of "protected information" to certain named entities and "any other person to whom the parties agree in writing or as allowed by the Court." *See* Protective Order at 4:10-11.

Heller Ehrman LLP

In order to facilitate discovery in the matter of *Todd v. Lamarque et al.* (C05-3995 SBA) and GOOD CAUSE APPEARING, the Court ORDERS:

With the concurrence of Judge Illston, the ~~The~~ protective order entered in *Tillis v. Lamarque et al.* dated November 9, 2005 is modified as follows:

1) counsel for plaintiff Gregory Tillis, Morrison & Foerster LLP, shall disclose all documents produced by the Office of Inspector General ("OIG"), California Department of Corrections and Rehabilitation, Salinas Valley State Prison, and the California Department of Corrections and Rehabilitation - Office of Internal Affairs under the November 9, 2005 protective order, including all documents designated "confidential," "confidential: outside attorneys' and experts' eyes only," and "redacted & confidential" or "redacted & confidential: outside attorneys' and experts' eyes only" to the attorneys at Heller Ehrman LLP representing plaintiff Michael A. Todd in the matter of *Todd v. Lamarque et al.* C05-3995, that refer or relate to the Green Wall or Code of Silence, including without limitation any documents pertaining to OIG Investigation Nos. 01-177 or 02-016 and any other internal or external investigations of the Green Wall or Code of Silence.

2) any and all documents received by counsel for Mr. Todd from Morrison & Foerster LLP are subject to the Stipulated Protective Order entered in *Todd v. Lamarque et al*. C03-3995 SBA signed by United States ~~District Court~~ Magistrate Judge ~~Saundra B. Armstrong~~ Bernard Zimmerman on July 25, 2007, and shall be treated as "Confidential - Attorneys' Eyes Only."

IT IS SO ORDERED.

Dated: January 28th, 2008        _____
                                  The Honorable Bernard Zimmerman
                                  United States Magistrate Judge



[PROPOSED] ORDER MODIFYING THE NOVEMBER 9, 2005 PROTECTIVE ORDER ENTERED IN TILLIS V. LAMARQUE: C 04-3763 (SI)

Heller Ehrman LLP